# Exhibit 1

Page 1 of 2

## GM RECALL CENTER

If a recall has been issued for your GM vehicle, including Chevrolet, Buick, GMC, Cadillac, Pontiac, Oldsmobile, Saturn, HUMMER or SAAB, find it here

The following recalls and programs have been found for your 2017 Chevrolet Suburban
VIN: 1GNSCJKC7HR294301

Results last updated: Sep 11, 2019

Recalls and/or programs for your vehicle in which repairs have not been completed are listed below.

Safety & Non-Compliance Recalls
What's this?

**GM Recall #:**
N192268490

**NHTSA #**
19V645

**Date Issued:**
Sep 06, 2019

**Recall Title:**

Increased Brake Pedal Effort

**Recall Description:**

General Motors has decided that a defect which relates to motor vehicle safety exists in certain 2014-2018 model year Cadillac Escalade, Chevrolet Chevrolet Suburban, Chevrolet Tahoe, GMC Sierra, and GMC Yukon vehicles. In some circumstances, these vehicle may have a condition in which mounted mechanical vacuum pump output may decrease over time, decreasing the amount of vacuum/power brake assist.

**Safety Risk Description:**

.

**Repair Description:**

Dealers will reprogram the electronic brake control module with a new calibration that will improve how the system utilizes the hydraulic brake boost function when vacuum assist is depleted.

**Recall Status:** INCOMPLETE

FAQs
Results found

My vehicle has a recall, and the status reads: "INCOMPLETE." What do I do next?

My vehicle has a recall, and the status reads: "INCOMPLETE. REMEDY NOT YET AVAILABLE." What do I do next?

I have not received a recall letter in the mail. Can I still have my vehicle repaired?

I have had my vehicle repaired by a Certified Service Dealer or a SAAB Official Service Center, but the recall is still listed here. Why?

How can I get more information on the Takata Airbag Recall?

## What now?

It is recommended that you contact your preferred Certified Service Dealer or SAAB Official Service Center and discuss your concerns with a member management team, as they will ultimately be responsible for completing the recall repairs for your vehicle.

**For more information on the Takata Airbag Recall, you can go to [www.GMTakataAirbag.com](www.GMTakataAirbag.com) or call 1-866-467-9700.**

If your concerns are still unresolved after contacting your preferred Certified Service Dealer or SAAB Official Service Center, please call 1-800-630-243 833-2438 recall assistance on Monday through Saturday, 8 a.m. - 9 p.m. EST.

Search for recalls on another VIN.

**Enter your VIN**
**Where's my VIN?**

GM works diligently to communicate recall and program information to affected customers. The GM Owner Center will provide this information as soon as it is available.

Need Service?

Create an Account

**Locate A Dealer**

**Help**

**Legal and Privacy Notices**

GENERAL MOTORS