UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SCOTT PECKERAR and SAMANTHA PECKERAR, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS LLC,<br><br>Defendant. | **Case No.: ED CV 18-2153-DMG (SPx)**<br><br>**ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE [FRCP 41(a)(1)(A)(ii)] [117]** |

Pursuant to the parties' stipulation, and good cause appearing,

**IT IS HEREBY ORDERED THAT** the above-captioned action is dismissed in its entirety, with prejudice, as to Plaintiffs' individual claims pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

DATED: November 6, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1